UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
United States of America,

                              Plaintiff,

    -against-

                                                                  Case No. 7:18-mj-5625

Thomas C. Stewart

                             Defendant.

--------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                    SO ORDERED.

                                                                    _____
                                                                    Hon. Martin R. Goldberg
                                                                    United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York